```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 07939
    CARRIE A PEREZ
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-8809


----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/01/07 .

    2.  The case was dismissed without confirmation, 08/17/2007.

----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
----------------------------------------------------------------------------
HSBC MORTGAGE SERVICES     CURRENT MORTG          .00            .00            .00
HSBC MORTGAGE SERVICES     MORTGAGE ARRE   NOT FILED            .00            .00
DAIMLER CHRYSLER FINANCI   UNSECURED       NOT FILED            .00            .00
CHEX SYSTEMS INC           UNSECURED       NOT FILED            .00            .00
CHRYSLER FINANCIAL         UNSECURED       NOT FILED            .00            .00
AT&T MOBILITY LLC          UNSECURED       NOT FILED            .00            .00
COUNTRYWIDE TAX SERVICE    UNSECURED       NOT FILED            .00            .00
DELL FINANCIAL             UNSECURED       NOT FILED            .00            .00
GEMB                       UNSECURED       NOT FILED            .00            .00
WELLS FARGO LOAN SERVICI   UNSECURED       NOT FILED            .00            .00
HOME DEPOT                 UNSECURED       NOT FILED            .00            .00
HSBC                       UNSECURED       NOT FILED            .00            .00
MACY'S CREDIT SERVICES     UNSECURED       NOT FILED            .00            .00
MENARDS                    UNSECURED       NOT FILED            .00            .00
NICOR GAS                  UNSECURED       NOT FILED            .00            .00
PATHOLOGY LABORATORY CON   UNSECURED       NOT FILED            .00            .00
PROVENA ST JOSEPH MEDICA   UNSECURED       NOT FILED            .00            .00
SILVER CROSS HOSPITAL      UNSECURED       NOT FILED            .00            .00
SPRINT                     UNSECURED       NOT FILED            .00            .00
THD CBSD                   UNSECURED       NOT FILED            .00            .00
----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID

WELLS FARGO LOAN SERVICI   UNSECURED       NOT FILED            .00            .00
WORLD FINANCIAL BANK       UNSECURED       NOT FILED            .00            .00
WORLD FINANCIAL BANK       UNSECURED       NOT FILED            .00            .00
          Summary of disbursements:
----------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
----------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00         .00          .00          .00           .00
PRINCIPAL PAID           .00         .00          .00          .00           .00
INTEREST PAID            .00         .00          .00          .00           .00
TOTAL PAID               .00         .00          .00          .00           .00
```

The Debtor's attorney, JOSEPH WROBEL ESQ          , was allowed $       .00 and was paid $      .00 .

The Trustee received $      .00 .

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/16/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE












                              PAGE   2
         CASE NO. 07 B 07939 CARRIE A PEREZ